**Lara Shapiro, State Bar No. 227423**
Law Office of Lara Shapiro
2807 H Street, No. 10
Sacramento, California  95816
Tel/Fax: (916) 497-0967

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (Sacramento Division)

| | |
|---|---|
| LARA R SHAPIRO as assignee for the FEDERAL GOVERNMENT under the FALSE CLAIMS ACT,<br><br>Plaintiffs,<br><br>v.<br><br>LESLEY ANN CLEMENT, Esq. d.b.a. CLEMENT & ASSOCIATES;<br><br>Defendant. | Case No. 2:05-CIV-1562 LKK/DAD<br><br>STIPULATION AND ORDER OF DISMISSAL |

Defendant has filed a Motion to Dismiss Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America, by its undersigned attorneys, hereby respectfully notifies the Court that the Attorney General consents to the dismissal of Relator's original complaint, alleging the presentation of false claims to the United States, with prejudice to the rights of Relator Lara R. Shapiro, and without prejudice to the rights of the United States.  All parties shall bear their own costs and attorney fees.

[Proposed] Stipulation and Order of Dismissal                           1

Dated:   12/02   , 2005                /s/
                                       MARK H. HARRIS,
                                       Attorney for Defendant, Lesley Ann Clement, dba
                                       CLEMENT & ASSOCIATES

Dated:   12/7   , 2005                 /s/
                                       KRISTIN S. DOOR
                                       ASSISTANT UNITED STATES ATTORNEY

Dated:   12/1   , 2005                 /s/
                                       LARA R. SHAPIRO, RELATOR

IT IS SO ORDERED.

Dated:  December 14, 2005              /s/Lawrence K. Karlton
                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT JUDGE